[No. 47228-3-I.   Division One.   May 7, 2001.]

BRAHAM TEJA, *Individually and as Personal Representative*, ET AL., *Appellants*, v. RIMPPI BRAR, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-2-01489-4, Steven J. Mura, J., entered December 17, 1999. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Baker and Ellington, JJ.

[No. 18993-7-III.   Division Three.   May 8, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY ALLEN PARR, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 99-1-00275-2, Evan E. Sperline, J., entered November 23, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.

[No. 19439-6-III.   Division Three.   May 8, 2001.]

JOSEPH H. WIGGS, *Appellant*, v. BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 98-2-01015-5, Lesley A. Allan, J., entered June 15, 2000. *Reversed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[Nos. 19511-2-III; 19512-1-III;   Division Three.   May 8, 2001.]
19513-9-III.

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LEE NAVARRE, *Appellant*.

Appeals from judgments of the Superior Court for Walla Walla County, Nos. 00-1-00116-6, 00-1-00117-4, 00-1-00118-2, Donald W. Schacht, J., entered August 14, 2000. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.